## IN THE UNITED STATES DISTRICT COURT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| BRIAN RAFFERY,<br><br>               Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., and<br>SIDNEY RUBENSTEIN,<br><br>               Defendants. | CIVIL ACTION NO.: 1:14-cv-10252 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned attorney of record for the Defendant Merck & Co., Inc., certifies as follows:

"Merck Sharp & Dohme Corporation" was previously known as "Merck & Company, Inc." ("Former Merck & Co."). In 2009, the Former Merck & Co. merged with Schering Plough Corporation ("Schering Plough"). In that merger, Schering Plough acquired all the shares of the Former Merck & Co., which became a wholly owned subsidiary of Schering Plough. The name of the Former Merck & Co. was then changed to "Merck Sharp & Dohme Corporation." Schering Plough – the surviving corporation of the 2009 merger – then changed its name "Merck & Co., Inc." ("Current Merck & Co.").

Presently, Merck Sharp & Dohme Corp. is a wholly owned subsidiary of the Current Merck & Co.

The Current Merck & Co. is a publicly-owned company but it is neither a parent, subsidiary, partner, nor affiliate of another publicly-owned company. No publicly-owned company owns ten percent or more of the outstanding shares or other indicia of ownership of the

Current Merck & Co. Similarly, the Current Merck & Company does not own ten percent or more of the outstanding shares of any publicly-owned company.

DATED this 3rd day of February, 2014.

Respectfully submitted,

/s/William L. Parker

William L. Parker
BBO# 549839
GONZALEZ SAGGIO & HARLAN LLP
155 Federal Street, Suite 1202
Boston, MA 02110
T: 617.449.6030
F: 617.292.1869

Charles F. Morrow, MB# 10240
Alyson B. Jones, MB# 101456
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
T: 601.948.5711
F: 601.985.4500

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys including:

>Emily E. Smith Lee
>Sana Abdullah
>Beth M. Nussbaum
>Rebecca Tatem
>SMITH LEE NEBENZAHL LLP
>One Post Office Square
>Sharon, MA 02067

### ATTORNEYS FOR PLAINTIFF

SO CERTIFIED 3rd day of February, 2014.

/s/ William L. Parker
William L. Parker

ButlerSnow 19251949v1