UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| BRIAN RAFFERY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO.: 1:14-cv-10252 |
| MERCK & CO., INC., and | ) | |
| SIDNEY RUBENSTEIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## MOTION BY DEFENDANT MERCK & CO., INC. TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant Merck & Co., Inc., hereby moves this Court to enter an Order staying all

proceedings in this action as to all parties pending transfer of this case by the Judicial Panel on

Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re: Propecia (finasteride) Product*

*Liability Litigation*, pending before the Honorable John Gleeson in the United States District

Court for the Eastern District of New York.

DATED this 3rd day of February, 2014.

Respectfully submitted,

/s/ William L. Parker
William L. Parker, BBO# 549839
GONZALEZ SAGGIO & HARLAN LLP
155 Federal Street, Suite 1202
Boston, MA 02110
T: 617.449.6030
F: 617.292.1869

Charles F. Morrow, MB# 10240
Alyson B. Jones, MB# 101456
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
T: 601.948.5711
F: 601.985.4500

*Attorneys for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys including:

>Emily E. Smith Lee
>Sana Abdullah
>Beth M. Nussbaum
>Rebecca Tatem
>SMITH LEE NEBENZAHL LLP
>One Post Office Square
>Sharon, MA 02067

### ATTORNEYS FOR PLAINTIFF

SO CERTIFIED 3rd day of February, 2014.

/s/ William L. Parker

William L. Parker